UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-2351 (PAM/JGL)

SANDRA BOSLEY,

Plaintiff,

v.

**NOTICE OF PRETRIAL CONFERENCE**

STANDARD INSURANCE COMPANY,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a pretrial conference will be held on **Monday, July 1, 2002, at 8:45 a.m.**, in chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415**, before Chief United States Magistrate Judge Jonathan Lebedoff. **PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel shall meet at least 21 days before the scheduled pretrial conference. Within 14 days after the Rule 26(f) meeting, counsel shall jointly prepare and file with the Clerk of Court, a complete written Report of the Rule 26(f) meeting. The Report shall include the information identified in Rule 26(f). **It is the RESPONSIBILITY OF PLAINTIFF'S COUNSEL** to forward a **COPY** of the Rule 26(f) Report **DIRECTLY TO THIS CHAMBERS** at the address above at least three business days prior to the pretrial conference.

Counsel who will be trying the case should make every effort to be present at the conference. If this is not possible, substitute counsel should be arranged. If counsel for all parties are not listed below, it is the **RESPONSIBILITY OF PLAINTIFF'S COUNSEL** to (1) notify those parties or counsel of this conference IMMEDIATELY and (2) inform them of the requirements set forth in this notice.

If counsel is outside of the Twin Cities area and wishes to appear by phone, please **contact me by phone** at (612) 664-5120 **prior to the pretrial conference** to make arrangements.

Dated: June 3, 2002

Mary Lenner
Secretary/Calendar Clerk

**Notice mailed to:**

Candice Hektner, Esq.
Suite 450
7831 Glenroy Road
Minneapolis, MN 55439

John Harper III, Esq.
Terrance Wagener, Esq.
1100 Southpoint Center
1650 West 82nd Street
Bloomington, MN 55431

Filed JUN 3 2002
Richard D. Sletten, Clerk
Judgment Entd.____________
Deputy Clerk______________