UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2351 (PAM/RLE)

SANDRA BOSLEY,

Plaintiff,

v.

**PRETRIAL ORDER**

STANDARD INSURANCE COMPANY,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one day;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to August 1, 2002;

3. Plaintiff shall disclose all expert witnesses, including reports, by October 1, 2002; Defendant shall disclose all expert witnesses, including reports, by November 1, 2002;

4. The period during which the parties may seek discovery shall be completed by February 1, 2003;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2003;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to March 1, 2003; and

7. This case will be considered "ready for trial" as of April 1, 2003.

DATED: July 1, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

FILED JUL 0
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK