# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Sandra Bosley,

Plaintiff,

v.

Standard Insurance Co.,

Defendant.

Civil 01-2351 (PAM)

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 14, 2003

Paul A. Magnuson
United States District Court Judge

FILED MAR 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK