UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 01CV2351 PAM/JGL

Sandra Bosley

Plaintiff,

vs.

The Standard Insurance Company,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The parties, through counsel, hereby agree and stipulate that the above-captioned matter should be dismissed with prejudice, on the merits, and without costs or disbursements to any party.

Dated: 5-9, 2003

**PETERSON & HEKTNER, LTD.**

Candice E. Hektner (ID #46337)
134 Paramount Plaza III
7831 Glenroy Road
Minneapolis, MN 55439
Attorney for Plaintiff

Dated: 5/1, 2003

**KRASS MONROE, P.A.**

Terrance J. Wagener (ID# 213676)
John Harper III (ID# 41397)
1650 West 82nd Street, Suite 1100
Bloomington, MN 55431
Telephone: (952) 885-5999
Attorneys for Defendant

FILED MAY 23 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Based on the foregoing stipulation, it is hereby ordered that this matter is dismissed with prejudice, on the merits, and without an award of costs or disbursements to either party.

Dated: May 21, 2003

**U.S. DISTRICT COURT JUDGE**

The Honorable Paul A. Magnuson

G:\WPDATA\S\STANDARD.INS\012-BOSLEY\PLD\STIPULATION AND ORDER.DOC